FILED

NOV 10 2026

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE LOGGIN,<br>JAYMES CURRY,<br>RONALD CASTELLANOS, and<br>JAMES PRICE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) -01<br>) -02<br>) -03<br>) -04<br>)<br>) | CAUSE NO. **1:26-cr-213-JRO-MG** |

# INDICTMENT

The Grand Jury charges that:

COUNT 1
18 U.S.C. § 922(a)(6)
False Statement During Purchase of a Firearm

On or about October 16, 2026, within the Southern District of Indiana, Indianapolis Division, JAYMES CURRY, the defendant herein, in connection with the acquisition of a firearm, specifically: a Palmetto State Armory firearm, from EZ Pawn, a federal firearm licensee dealer of firearms within the meaning of Chapter 44, Title 18, United State Code, knowingly made a false statement and/or representation to EZ Pawn, which statement was intended and likely to deceive EZ Pawn, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, to be kept in the records of EZ Pawn, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 in which the defendant represented that he was the actual buyer of the firearms listed on Form 4473, when he knew that he was purchasing the firearm for another person;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 2
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

On or about October 28, 2026, within the Southern District of Indiana, Indianapolis Division, CLARENCE LOGGIN, the defendant herein, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Palmetto State Armory firearm and/or a Glock .40 caliber firearm, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one year, to wit:

Possession of Cocaine, under cause number 49D32-2302-F5-004392 in Marion County, Indiana, on or about May 31, 2023;

In violation of Title 18, United States Code, Section 922(g)(1).

COUNT 3
18 U.S.C. § 922(a)(6)
False Statement During Purchase of a Firearm

On or about October 28, 2026, within the Southern District of Indiana, Indianapolis Division, JAYMES CURRY, the defendant herein, in connection with the acquisition of a firearm, specifically: a Glock .40 caliber firearm and/or a Glock 9-milimeter firearm, from EZ Pawn, a federal firearm licensee dealer of firearms within the meaning of Chapter 44, Title 18, United State Code, knowingly made a false statement and/or representation to EZ Pawn, which statement was intended and likely to deceive EZ Pawn, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, to be kept in the records of EZ Pawn, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 in which the defendant represented that he was the actual buyer of the firearms listed on Form 4473, when he knew that he was purchasing the firearm for another person;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 4
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

On or about November 3, 2026, within the Southern District of Indiana, Indianapolis Division, CLARENCE LOGGIN, the defendant herein, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Glock .40 caliber firearm and/or a Glock 9-milimeter firearm, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one year, to wit:

Possession of Cocaine, under cause number 49D32-2302-F5-004392 in Marion County, Indiana, on or about May 31, 2023;

In violation of Title 18, United States Code, Section 922(g)(1).

COUNT 5
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

On or about November 3, 2026, within the Southern District of Indiana, Indianapolis Division, RONALD CASTELLANOS, the defendant herein, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Glock Model 47, 9-milimeter firearm and/or a Glock Model 17, 9-milimeter firearm, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one year, to wit:

Possession of a Machine Gun, under cause number 49D20-2410-F5-02937 in Marion County, Indiana, on or about February 4, 2025;

In violation of Title 18, United States Code, Section 922(g)(1).

COUNT 6
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

On or about November 4, 2026, within the Southern District of Indiana, Indianapolis Division, CLARENCE LOGGIN, the defendant herein, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Glock .45 Caliber firearm, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one year, to wit:

Possession of Cocaine, under cause number 49D32-2302-F5-004392 in Marion County, Indiana, on or about May 31, 2023;

In violation of Title 18, United States Code, Section 922(g)(1).

COUNT 7
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

On or about November 5, 2026, within the Southern District of Indiana, Indianapolis Division, CLARENCE LOGGIN, the defendant herein, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Glock .45 Caliber firearm, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one year, to wit:

Possession of Cocaine, under cause number 49D32-2302-F5-004392 in Marion County, Indiana, on or about May 31, 2023;

In violation of Title 18, United States Code, Section 922(g)(1).

COUNT 8
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

On or about November 5, 2026, within the Southern District of Indiana, Indianapolis Division, JAMES PRICE, the defendant herein, did knowingly possess in and affecting interstate

or foreign commerce a firearm, to wit: a Glock .40 Caliber firearm, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one year, to wit:

Armed Robbery, under cause number 49D02-1903-F3-000013 in Marion County, Indiana, on or about January 28, 2021; and/or,

Battery by Bodily Waste, under cause number 48C05-2301-F6-000201 in Madison County, Indiana, on or about December 21, 2023,

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE**

1. The allegations contained in Counts 2, 4, 5, 6 and/or 7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in Counts 2, 4, 5, 6 and/or 7, CLARENCE LOGGIN, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition used in any of the offenses of which he is convicted. The property subject to forfeiture includes, but is not necessarily limited to, the following:

a. a Palmetto State Armory, 9x19 millimeter firearm with a serial number FG272412;

b. Glock .40 caliber firearm, with a serial number NCU657;

c. Glock .40 caliber pistol with a serial number BVVP827;

d. Glock, 9mm pistol with a serial number of CCKH889;

e. Glock GMBH, .45 Caliber firearm, with a serial number of VHK310;

f. Glock GMBH, .45 Caliber firearm, with a serial number of BKVZ954;

g. all recovered ammunition.

3. If convicted of the offense set forth in Count 5, RONALD CASTELLANOS, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition used in any of the offenses of which he is convicted. The property subject to forfeiture includes, but is not necessarily limited to, the following:

a. Glock Model 47, 9X19 firearm, with a serial number CFPN699;

b. Glock Model 17, 9X19 firearm, with a serial number CHXT930;

c. all recovered ammunition.

4. If convicted of the offense set forth in Count 8, JAMES PRICE, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition used in any of the offenses of which he is convicted. The property subject to forfeiture includes, but is not necessarily limited to, the following:

a. Glock GMBH Model 27, .40 caliber pistol with a serial number of BZA677US;

b. all recovered ammunition.

5. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of

substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

[redacted]

FOREPERSON

THOMAS E. WHEELER II
United States Attorney

By: ______________________________
Peter A. Blackett
Assistant United States Attorney
MPB